Eleanor A. DuBay, OSB #073755
Email: edubay@tomasilegal.com
Tomasi Salyer Martin
121 SW Morrison St, Suite 1850
Portland, OR  97204-3136
Telephone:  (503) 894-9900
Facsimile:   (971) 544-7236
    Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TIFFANY HOPKINS,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>    Defendant. | Case No. 3:18-cv-01960-BR<br><br>CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT CITIBANK, N.A. |

    Defendant Citibank, N.A., ("Citibank") submits this corporate disclosure statement in accordance with the applicable local rules.

    1.    Citibank is a wholly owned subsidiary of Citicorp LLC, which is a wholly owned subsidiary of Citigroup Inc., a publicly traded company. Citibank believes that the outcome of these proceedings will not substantially affect Citigroup's stock, equity, or debt.

/ / /

/ / /

/ / /

Page 1 - CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT CITIBANK, N.A.
CITI-L20\00439443.000

*TOMASI SALYER MARTIN*
**Attorneys at Law**
121 SW Morrison St, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

2. Citibank is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

DATED: December 21, 2018.

                                TOMASI SALYER MARTIN

                                By: /s/ Eleanor A. DuBay
                                    Eleanor A. DuBay, OSB #073755
                                    Attorney for Defendant

                                    121 SW Morrison St, Suite 1850
                                    Portland, OR  97204
                                    Telephone: (503) 894-9900
                                    Email: edubay@tomasilegal.com

Page 2 - CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT CITIBANK, N.A.
CITI-L20\00439443.000

*TOMASI SALYER MARTIN*
**Attorneys at Law**
121 SW Morrison St, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, I electronically transmitted the attached **CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT CITIBANK, N.A.** to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Sharon Cousineau
>700 W Evergreen Blvd
>Vancouver, WA 98660
>sdcousineau@gmail.com
>     *Attorney for Plaintiff*

DATED: December 21, 2018.

>TOMASI SALYER MARTIN
>
>By: /s/ Eleanor A. DuBay
>Eleanor A. DuBay, OSB #073755
>Attorney for Defendants
>
>121 SW Morrison St, Suite 1850
>Portland, OR  97204
>Telephone: (503) 894-9900
>Email: edubay@tomasilegal.com

Page 1 – CERTIFICATE OF SERVICE
CITI-L20\00439443.000

*TOMASI SALYER MARTIN*
**Attorneys at Law**
121 SW Morrison St, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236