Sharon Cousineau, OBN 011637
700 West Evergreen Boulevard
Vancouver, WA 98660
Phone: (360) 750-3789
Fax: (360) 750-3788
E-mail: sdcousineau@gmail.com
*Attorneys for Plaintiff*
*Tiffany Hopkins*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| TIFFANY HOPKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　Defendant. | Case No. 3:18-cv-01960-BR<br><br>NOTICE OF SETTLEMENT |

　　NOTICE IS HEREBY GIVEN that Plaintiff Tiffany Hopkins and Defendant Citibank, N.A., have settled all claims between them in this matter.  The parties are in the process of completing the final settlement documents and Plaintiff expects to file a Stipulation of Dismissal with Prejudice within the next sixty (60) days.

　　The Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

　　Respectfully submitted this 12th day of April 2019.

　　　　　　　　　　　　　　　　　　　　By: /s/ *Sharon Cousineau*
　　　　　　　　　　　　　　　　　　　　Sharon Cousineau
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*Tiffany Hopkins*

1

## CERTIFICATE OF SERVICE

    I hereby certify that copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system on the 12th day of April 2019. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel. Parties may access this filing through the Court's system.

*/s/ Sharon Cousineau*